# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL V.,<br><br>    Plaintiff,<br><br> v.<br><br>LELAND DUDEK,<br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 2:24-cv-2090-RGK (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to which no timely objections have been filed. THEREFORE, IT IS ORDERED THAT the findings and conclusions in the Report and Recommendation be accepted and that the decision of the Commissioner of the Social Security Administration be REVERSED and REMANDED for further proceedings. Judgment shall be entered accordingly.

  IT IS SO ORDERED.

DATED: 4/15/2025

R. GARY KLAUSNER
United States District Judge