JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL V.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LELAND DUDEK,<br>Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | Case No. 2:24-cv-2090-RGK (SK)<br><br>**JUDGMENT** |

　　It is the judgment of this Court that the decision of the Commissioner of the Social Security Administration is REVERSED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

DATED: 4/15/2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　United States District Judge